IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

DEC - 5 2000

Ed Smith
CLERK OF SUPREME COURT
STATE OF MONTANA

IN RE MODIFICATION OF THE RULE ON )
DISQUALIFICATION OF JUDGES ) O R D E R
)

The Montana Judge's Association has submitted a proposed rule change to this Court concerning the provision of § 3-1-803, MCA, regarding the degree of relationship between a judge and counsel, counsel's firm members, or parties which prohibits the judge from sitting on the case. The proposal changes that degree of relationship from the fourth to the third degree, to bring the rule into compliance with the American Bar Association standard. The Court recognizes that judges may continue to recuse themselves from cases in which they are related to parties or counsel in the fourth degree if the judge determines that he or she could not be impartial or would present the appearance of being impartial in such case.

Good cause having been shown, IT IS ORDERED that effective as of January 1, 2001, the rule for disqualification of judges codified at § 3-1-803, MCA, is modified to read as follows:

## DISQUALIFICATION OF JUDGES

This section shall, in its application, apply to all courts listed in section 3-1-101 except a court of impeachment in the state senate.

Any justice, judge, justice of the peace, municipal court judge or city court judge must not sit or act in any action or proceeding:

1. To which he is a party, or in which he is interested.

2. When he is related to either party or any attorney or member of a firm of attorneys of record for a party by consanguinity or affinity within the third degree, computed according to the rules of law;

3. When he has been attorney or counsel in the action or proceeding for any party or when sitting in a case on appeal he as a judge in the lower court rendered or made the judgment, order, or decision appealed from.

The Clerk is directed to provide copies of this Order to West Publishing Company,

1

the State Reporter, and the *Montana Lawyer*, with the request that it be published in their respective publications; to the Director of Legal Services of the Montana Legislative Services Division, to each District Court Judge for the State of Montana, the Commission on Courts of Limited Jurisdiction, and all Clerks of District Courts.

Dated this 5ᵗʰ day of December, 2000.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2